UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRELL D. HOWARD,

    Defendant.

Case No. 16-CR

[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

16-CR-006

---

## INDICTMENT

THE GRAND JURY CHARGES THAT:

1. On or about October 6, 2015, in the State and Eastern District of Wisconsin,

**ANDRELL D. HOWARD,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Heckler & Koch, model USP, 9mm pistol, bearing serial number 24-061747.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON
Date: 5 JAN 2016

_____
GREGORY J. HAANSTAD
Acting United States Attorney